ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Viasat, Inc. | ) ASBCA No. 63745 |
| | ) |
| Under Contract No. HC1084-18-C-0002 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Phillip R. Seckman, Esq.
    Thomas A. Lemmer, Esq.
    Mikaela R. Colvin, Esq.
     Dentons US LLP
     Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
     DCMA Chief Trial Attorney
    Kara M. Klaas, Esq.
    Amelia R. Lister-Sobotkin, Esq.
     Trial Attorneys
     Defense Contract Management Agency
     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 16, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63745, Appeal of Viasat, Inc., rendered in conformance with the Board's Charter.

Dated:  May 16, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals